UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-00127-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **DANIEL HEGGINS,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's most recent pro se filing (#100), docketed as "Pro Se Verified Proof of Service and Verified True Copy."

The filing here (#100) suffers from the same deficiencies as defendant's prior frivolous filings. It is patently frivolous and does not require action from the court.

The court notes that defendant has filed numerous frivolous filings before the court, which the court has denied in several prior Orders (#88, #90, #95, #96, and #99). As it has done previously, the court advises the defendant against filing such frivolous allegations. Repeated frivolous filings may give rise to sanctions. Such sanctions could include restrictions on the defendant's ability to file documents with the court. The court is hesitant to impose such sanctions as they may diminish the ability of the defendant to lodge even meritorious claims before the court, but such sanctions may be considered if the pattern of frivolous filings continues. With this Order, the defendant is strongly advised to consider the potential consequences of repeatedly filing frivolous allegations

-1-

before this court, such as accusing the undersigned judicial officer of treason, attempted murder, assault and battery, and other sundry crimes. (#98) at 2 & 4.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's pro se filing (#100), docketed as "Pro Se Verified Proof of Service and Verified True Copy," is **DENIED**, as it is **FRIVILOUS**, and requires no action from the court.

Signed: April 27, 2017

Max O. Cogburn Jr
United States District Judge