UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cr-127-001

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANIEL FRANK HEGGINS,** | ) | |
| **a/k/a Tebnu El Bey,** | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's *pro se* Motion, which appears to be a request to close a matter concerning defendant. Having considered defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* Motion (#102) is **DENIED** as non-justiciable, as the requested relief was already awarded when the case was resolved in March 2016.

Signed: January 5, 2018

Max O. Cogburn Jr.
United States District Judge