UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cr-127-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DANIEL HEGGINS,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (#157).

A motion for early termination of supervised release is governed by 18 U.S.C. § 3583(e)(1) and Rule 32.1, Fed. R. Crim. P. While such rule does not place restrictions on who may file a Motion for Early Termination, meritorious requests are typically sponsored by the probation officer supervising the defendant.

Here, Defendant does not reflect whether his case officer joins in the motion. Furthermore, this Court sentenced Defendant to time served, plus twelve months of supervised release on January 11, 2023. (#156). Defendant filed his pending motion just a little over a month later, on February 16, 2023. Because Defendant has only served a fraction of his current supervised release term, the Court will deny his motion.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Early Termination of Probation/Supervised Release (#157) is **DENIED** without prejudice as to the later filing of a

1

motion supported by evidence indicating that such relief is warranted by his conduct while on release and is also in the interests of justice.

Signed: March 10, 2023

Max O. Cogburn Jr
United States District Judge